# EXHIBIT A

## RentPlus Lease Addendum

The RentPlus service is a credit reporting and financial tool provided by Simplified Business Group, LLC, doing business as Rent Dynamics ("Rent Dynamics"), to report Resident's rent and/or utility payments due under the Rental Agreement to one or more consumer reporting agencies (e.g., Equifax, TransUnion, or Experian). RentPlus is an amenity provided by the property, and by signing this addendum, Resident will be enrolled. Upon enrollment, Resident will receive an email from support@rentplus.com with details about the RentPlus service. Resident may cancel the RentPlus service at any time.

**The cost of the RentPlus service is $8.95 per month if there is one Resident participating, or a combined service fee of $14.95 per month if there are multiple Residents participating. The monthly fee will be charged with Resident's rent bill on an automatic recurring basis unless and until Resident cancels. Charges are non-refundable.**

**After enrolling in RentPlus, Resident may cancel the RentPlus service at any time, for any reason. Enrollment in Rent Reporting is entirely optional and is not a condition of your Rental Agreement. Resident may cancel by sending written notice of termination to Rent Dynamics at 4205 Chapel Ridge Road, Lehi, Utah 84043 – Attn RentPlus Service Charge or contacting Rent Dynamics directly at support@rentplus.com. Resident must cancel no later than ten (10) days before the end of the month to avoid being charged for a subsequent month.**

For more information about the RentPlus service, please refer to the FAQs located at https://www.rentplus.com/faq/ or contact Rent Dynamics at support@rentplus.com.

By signing below, or electronically accepting through your landlord, Resident is enrolling in RentPlus and agrees to the terms and conditions set forth in this addendum and the RentPlus terms of use that can be found at www.rentplus.com/terms-of-use. The RentPlus services and fees may be altered or otherwise modified by Rent Dynamics with thirty (30) days' advance notice to Resident. Resident's failure to cancel the RentPlus service (as described above) after receiving such notice constitutes acceptance of any such changes. Rent Dynamics is an intended third-party beneficiary of this addendum.

If you have any questions, please contact Rent Dynamics at support@rentplus.com or 855-388-5314.

Resident Signature ______________________ Date ____________
Resident Signature ______________________ Date ____________
Resident Signature ______________________ Date ____________



Blue Moon eSignature Services Document ID: 552967546

# E-SIGNATURE CERTIFICATE

bluemoon SOFTWARE

*T[illegible] details the actions recorded during the signing of this Document.*

## DOCUMENT INFORMATION

| | |
|---|---|
| Status | Completed |
| Document ID | 552967546 |
| Date Submitted | 01/22/2026 |
| Total Pages | 73 |
| Forms Included | Apartment Lease Form, Lead Hazard Disclosure Addendum, Additional Special Provisions, Inventory and Conditio All-In-One Utility Addendum, Bed Bug Addendum, Mold Information and Prevention Addendum, Lease Contract B Dish or Antenna Addendum, Community Policies, Rules, & Regulations, Surety Bond Addendum, Addendum for R Liability Insurance Addendum, Remote Control, Card or Code Access Gate Addendum, No-Smoking Addendum, Sr Detector Addendum, Pest Control Addendum, Addendum Regarding Recreational and Medical Marijuana Use anc Drug Free Housing, Crime/Drug Free Housing Addendum, Mixed Use Addendum, Short-Term Subletting or Rental Dryer Addendum, Package Acceptance Addendum, Photo, Video, and Statement Release Addendum, Constructio Living Addendum, Radon and Real Estate Transaction Brochure with Acknowledgment, Aurum Park M Addendum Plus - Lease Addendum, Notice of No Agency - Aurum |

## SIGNING PARTIES

| | |
|---|---|
| Name | Colby Rowan |
| Signer Key | 53da5d143ac738bf4e24c61da07d705e |
| IP Address | 174.234.4.89 |
| Signing Method | Blue Moon eSignature Services |
| Authentication Method | eSignature by email rowanrealestatellc@gmail.com |
| Browser | Mozilla/5.0 (iPhone; CPU iPhone OS 18_6_2 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Brave/1 Mob |
| Signature | *Colby Rowan* *CR* |

| | |
|---|---|
| Name | Kelley Rowan |
| Signer Key | 2d92a3cf86e5e1d24156d294a365220f |
| IP Address | 174.234.9.136 |
| Signing Method | Blue Moon eSignature Services |
| Authentication Method | eSignature by email kelleyvrowan@gmail.com |
| Browser | Mozilla/5.0 (iPhone; CPU iPhone OS 18_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/26.0.1 |
| Signature | *Kelley Rowan* *KR* |

| | |
|---|---|
| Name | Kristin Nason (VP of Property Management) |
| Signer Key | c2c15987c6b8a044e9bac9f4aa06f915 |
| IP Address | 208.59.105.239 |
| Signing Method | Blue Moon eSignature Services |
| Authentication Method | eSignature by email kgoodloe@aurumgolden.com |
| Signature | Kristin Nason KN |

## DOCUMENT AUDIT

| | | |
|---|---|---|
| 1 | 01/03/2026 12:19:06 PM CST | Colby Rowan accepted Consumer Disclosure |
| 2 | 01/03/2026 12:21:02 PM CST | Colby Rowan signed Apartment Lease Form |
| 3 | 01/03/2026 12:21:04 PM CST | Colby Rowan dated Apartment Lease Form |
| 4 | 01/03/2026 12:21:08 PM CST | Colby Rowan signed Apartment Lease Form |
| 5 | 01/03/2026 12:21:23 PM CST | Colby Rowan initialed Lead Hazard Disclosure Addendum |
| 6 | 01/03/2026 12:21:24 PM CST | Colby Rowan initialed Lead Hazard Disclosure Addendum |
| 7 | 01/03/2026 12:21:26 PM CST | Colby Rowan signed Lead Hazard Disclosure Addendum |
| 8 | 01/03/2026 12:21:27 PM CST | Colby Rowan dated Lead Hazard Disclosure Addendum |
| 9 | 01/03/2026 12:21:29 PM CST | Colby Rowan signed Additional Special Provisions |
| 10 | 01/03/2026 12:21:30 PM CST | Colby Rowan dated Additional Special Provisions |
| 11 | 01/03/2026 12:21:34 PM CST | Colby Rowan dated Inventory and Condition Form |
| 12 | 01/03/2026 12:21:35 PM CST | Colby Rowan signed Inventory and Condition Form |
| 13 | 01/03/2026 12:21:38 PM CST | Colby Rowan signed Animal Addendum |
| 14 | 01/03/2026 12:21:42 PM CST | Colby Rowan dated All-In-One Utility Addendum |
| 15 | 01/03/2026 12:21:43 PM CST | Colby Rowan signed All-In-One Utility Addendum |
| 16 | 01/03/2026 12:21:45 PM CST | Colby Rowan signed Bed Bug Addendum |
| 17 | | Colby Rowan signed Mold Information and Prevention Addendum |

| | | |
|---|---|---|
| | 01/03/2026 12:21:48 PM CST | |
| 18 | 01/03/2026 12:21:51 PM CST | Colby Rowan signed Lease Contract Buy-Out Agreement |
| 19 | 01/03/2026 12:21:55 PM CST | Colby Rowan signed Satellite Dish or Antenna Addendum |
| 20 | 01/03/2026 12:21:58 PM CST | Colby Rowan dated Community Policies, Rules, & Regulations |
| 21 | 01/03/2026 12:21:58 PM CST | Colby Rowan signed Community Policies, Rules, & Regulations |
| 22 | 01/03/2026 12:22:00 PM CST | Colby Rowan signed Surety Bond Addendum |
| 23 | 01/03/2026 12:22:38 PM CST | Colby Rowan signed Addendum for Rent Concession |
| 24 | 01/03/2026 12:22:04 PM CST | Colby Rowan signed Renter's or Liability Insurance Addendum |
| 25 | 01/03/2026 12:22:51 PM CST | Colby Rowan signed Remote Control, Card or Code Access Gate Addendum |
| 26 | 01/03/2026 12:22:55 PM CST | Colby Rowan signed No-Smoking Addendum |
| 27 | 01/03/2026 12:22:57 PM CST | Colby Rowan signed Smoke and Carbon Monoxide Detector Addendum |
| 28 | 01/03/2026 12:23:18 PM CST | Colby Rowan signed Pest Control Addendum |
| 29 | 01/03/2026 12:23:26 PM CST | Colby Rowan dated Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Drug Free Housing |
| 30 | 01/03/2026 12:23:26 PM CST | Colby Rowan signed Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Drug Free Housing |
| 31 | 01/03/2026 12:23:29 PM CST | Colby Rowan signed Crime/Drug Free Housing Addendum |
| 32 | 01/03/2026 12:23:30 PM CST | Colby Rowan dated Crime/Drug Free Housing Addendum |
| 33 | 01/03/2026 12:23:33 PM CST | Colby Rowan signed Mixed Use Addendum |
| 34 | 01/03/2026 12:23:40 PM CST | Colby Rowan signed Short-Term Subletting or Rental Prohibited |
| 35 | 01/03/2026 12:23:42 PM CST | Colby Rowan signed Washer and Dryer Addendum |
| 36 | 01/03/2026 12:23:44 PM CST | Colby Rowan signed Package Acceptance Addendum |
| 37 | 01/03/2026 12:23:46 PM CST | Colby Rowan signed Photo, Video, and Statement Release Addendum |

| | | |
|---|---|---|
| 38 | 01/03/2026 12:23:52 PM CST | Colby Rowan signed Construction Addendum |
| 39 | 01/03/2026 12:23:56 PM CST | Colby Rowan signed Sustainable Living Addendum |
| 40 | 01/03/2026 12:24:01 PM CST | Colby Rowan signed Radon and Real Estate Transaction Brochure with Acknowledgment |
| 41 | 01/03/2026 12:24:04 PM CST | Colby Rowan signed Aurum Park M Addendum |
| 42 | 01/03/2026 12:24:06 PM CST | Colby Rowan signed Golub Realty Services Rent Plus - Lease Addendum |
| 43 | 01/03/2026 12:24:08 PM CST | Colby Rowan signed Notice of No Agency - Aurum |
| 44 | 01/03/2026 12:25:21 PM CST | Colby Rowan submitted signed documents |
| 45 | 01/03/2026 12:16:54 PM CST | Kelley Rowan accepted Consumer Disclosure |
| 46 | 01/03/2026 12:17:33 PM CST | Kelley Rowan signed Apartment Lease Form |
| 47 | 01/03/2026 12:17:36 PM CST | Kelley Rowan dated Apartment Lease Form |
| 48 | 01/03/2026 12:18:33 PM CST | Kelley Rowan signed Apartment Lease Form |
| 49 | 01/03/2026 12:18:48 PM CST | Kelley Rowan initialed Lead Hazard Disclosure Addendum |
| 50 | 01/03/2026 12:18:49 PM CST | Kelley Rowan initialed Lead Hazard Disclosure Addendum |
| 51 | 01/03/2026 12:18:51 PM CST | Kelley Rowan signed Lead Hazard Disclosure Addendum |
| 52 | 01/03/2026 12:18:52 PM CST | Kelley Rowan dated Lead Hazard Disclosure Addendum |
| 53 | 01/03/2026 12:19:04 PM CST | Kelley Rowan signed Additional Special Provisions |
| 54 | 01/03/2026 12:19:05 PM CST | Kelley Rowan dated Additional Special Provisions |
| 55 | 01/03/2026 12:19:26 PM CST | Kelley Rowan signed Inventory and Condition Form |
| 56 | 01/03/2026 12:19:27 PM CST | Kelley Rowan dated Inventory and Condition Form |
| 57 | 01/03/2026 12:19:43 PM CST | Kelley Rowan signed Animal Addendum |
| 58 | 01/03/2026 12:20:30 PM CST | Kelley Rowan signed All-In-One Utility Addendum |

| | | |
|---|---|---|
| 59 | 01/03/2026 12:20:31 PM CST | Kelley Rowan dated All-In-One Utility Addendum |
| 60 | 01/03/2026 12:20:39 PM CST | Kelley Rowan signed Bed Bug Addendum |
| 61 | 01/03/2026 12:20:47 PM CST | Kelley Rowan signed Mold Information and Prevention Addendum |
| 62 | 01/03/2026 12:21:04 PM CST | Kelley Rowan signed Lease Contract Buy-Out Agreement |
| 63 | 01/03/2026 12:21:21 PM CST | Kelley Rowan signed Satellite Dish or Antenna Addendum |
| 64 | 01/03/2026 12:21:30 PM CST | Kelley Rowan signed Community Policies, Rules, & Regulations |
| 65 | 01/03/2026 12:21:31 PM CST | Kelley Rowan dated Community Policies, Rules, & Regulations |
| 66 | 01/03/2026 12:21:33 PM CST | Kelley Rowan signed Surety Bond Addendum |
| 67 | 01/03/2026 12:21:36 PM CST | Kelley Rowan signed Addendum for Rent Concession |
| 68 | 01/03/2026 12:21:41 PM CST | Kelley Rowan signed Renter's or Liability Insurance Addendum |
| 69 | 01/03/2026 12:21:52 PM CST | Kelley Rowan signed Remote Control, Card or Code Access Gate Addendum |
| 70 | 01/03/2026 12:21:57 PM CST | Kelley Rowan signed No-Smoking Addendum |
| 71 | 01/03/2026 12:22:05 PM CST | Kelley Rowan signed Smoke and Carbon Monoxide Detector Addendum |
| 72 | 01/03/2026 12:22:10 PM CST | Kelley Rowan signed Pest Control Addendum |
| 73 | 01/03/2026 12:22:12 PM CST | Kelley Rowan signed Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Drug Free Housing |
| 74 | 01/03/2026 12:22:13 PM CST | Kelley Rowan dated Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Drug Free Housing |
| 75 | 01/03/2026 12:22:19 PM CST | Kelley Rowan signed Crime/Drug Free Housing Addendum |
| 76 | 01/03/2026 12:22:20 PM CST | Kelley Rowan dated Crime/Drug Free Housing Addendum |
| 77 | 01/03/2026 12:22:23 PM CST | Kelley Rowan signed Mixed Use Addendum |
| 78 | 01/03/2026 12:22:26 PM CST | Kelley Rowan signed Short-Term Subletting or Rental Prohibited |
| 79 | 01/03/2026 12:22:30 PM CST | Kelley Rowan signed Washer and Dryer Addendum |

| | | |
|---|---|---|
| 80 | 01/03/2026 12:22:35 PM CST | Kelley Rowan signed Package Acceptance Addendum |
| 81 | 01/03/2026 12:22:37 PM CST | Kelley Rowan signed Photo, Video, and Statement Release Addendum |
| 82 | 01/03/2026 12:22:47 PM CST | Kelley Rowan signed Construction Addendum |
| 83 | 01/03/2026 12:22:55 PM CST | Kelley Rowan signed Sustainable Living Addendum |
| 84 | 01/03/2026 12:23:00 PM CST | Kelley Rowan signed Radon and Real Estate Transaction Brochure with Acknowledgment |
| 85 | 01/03/2026 12:23:02 PM CST | Kelley Rowan signed Aurum Park M Addendum |
| 86 | 01/03/2026 12:23:04 PM CST | Kelley Rowan signed Golub Realty Services Rent Plus - Lease Addendum |
| 87 | 01/03/2026 12:23:11 PM CST | Kelley Rowan signed Notice of No Agency - Aurum |
| 88 | 01/03/2026 12:25:24 PM CST | Kelley Rowan submitted signed documents |
| 89 | 01/22/2026 01:24:35 PM CST | Kristin Nason accepted Consumer Disclosure |
| 90 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Apartment Lease Form |
| 91 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Apartment Lease Form |
| 92 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Apartment Lease Form |
| 93 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Lead Hazard Disclosure Addendum |
| 94 | 01/22/2026 01:24:35 PM CST | Kristin Nason initialed Lead Hazard Disclosure Addendum |
| 95 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Lead Hazard Disclosure Addendum |
| 96 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Additional Special Provisions |
| 97 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Additional Special Provisions |
| 98 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Inventory and Condition Form |
| 99 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Inventory and Condition Form |
| 100 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Animal Addendum |

| | | |
|---|---|---|
| 101 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Animal Addendum |
| 102 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated All-In-One Utility Addendum |
| 103 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed All-In-One Utility Addendum |
| 104 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Bed Bug Addendum |
| 105 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Bed Bug Addendum |
| 106 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Mold Information and Prevention Addendum |
| 107 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Lease Contract Buy-Out Agreement |
| 108 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Satellite Dish or Antenna Addendum |
| 109 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Community Policies, Rules, & Regulations |
| 110 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Community Policies, Rules, & Regulations |
| 111 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Surety Bond Addendum |
| 112 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Surety Bond Addendum |
| 113 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Addendum for Rent Concession |
| 114 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Renter's or Liability Insurance Addendum |
| 115 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Remote Control, Card or Code Access Gate Addendum |
| 116 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed No-Smoking Addendum |
| 117 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Smoke and Carbon Monoxide Detector Addendum |
| 118 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Pest Control Addendum |
| 119 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Pest Control Addendum |
| 120 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Drug Free Housing |
| 121 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Addendum Regarding Recreational and Medical Marijuana Use and Landlord's Commitment to Drug Free Housing |

| | | |
|---|---|---|
| 122 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Crime/Drug Free Housing Addendum |
| 123 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Crime/Drug Free Housing Addendum |
| 124 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Mixed Use Addendum |
| 125 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Mixed Use Addendum |
| 126 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Short-Term Subletting or Rental Prohibited |
| 127 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Short-Term Subletting or Rental Prohibited |
| 128 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Washer and Dryer Addendum |
| 129 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Washer and Dryer Addendum |
| 130 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Package Acceptance Addendum |
| 131 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Package Acceptance Addendum |
| 132 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Photo, Video, and Statement Release Addendum |
| 133 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Photo, Video, and Statement Release Addendum |
| 134 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Construction Addendum |
| 135 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Construction Addendum |
| 136 | 01/22/2026 01:24:35 PM CST | Kristin Nason dated Sustainable Living Addendum |
| 137 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Sustainable Living Addendum |
| 138 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Radon and Real Estate Transaction Brochure with Acknowledgment |
| 139 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Aurum Park M Addendum |
| 140 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Golub Realty Services Rent Plus - Lease Addendum |
| 141 | 01/22/2026 01:24:35 PM CST | Kristin Nason signed Notice of No Agency - Aurum |
| 142 | 01/22/2026 01:24:35 PM CST | Kristin Nason submitted signed documents |